IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WILLIAM THOMPSON,

    Plaintiff,　　　　　　　　　　No. CIV S-11-0780 GEB DAD P

    vs.

GARY SWARTHOUT,

    Defendant.　　　　　　　　　　ORDER

_____/

    On November 2, 2011, defendant Swarthout filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Plaintiff had not opposed the motion, so on December 15, 2011, the court issued an order to show cause ordering plaintiff to file an opposition, if any, to defendant's motion to dismiss within thirty days.  Plaintiff has since filed an opposition to defendant's motion, and defendant Swarthout has filed a reply.

    Good cause appearing, IT IS HEREBY ORDERED that the court's order to show cause is discharged.

DATED: January 24, 2012.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
thom0780.dch